**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 1, 2018.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-18-00853-CV**

---

**IN RE DIPAK T. PATEL AND PRAVIN T. PATEL, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**344th District Court**
**Chambers County, Texas**
**Trial Court Cause No. CV25784**

---

## MEMORANDUM OPINION

On March 2, 2018, relators Dipak T. Patel and Pravin T. Patel filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Randy McDonald, presiding judge of the 344th District Court of Chambers County, to vacate his September 27, 2018 order denying relators' motion to dismiss.

With certain exceptions, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy at law, such as an appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relators have not shown that the trial court clearly abused its discretion. We therefore deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.

2